UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. DIAZ,<br><br>    Petitioner,<br><br>    v.<br><br>S. LAKE, Warden,<br><br>    Respondent. | No. 2:18-cv-2481 AC P<br><br><br>ORDER |

Petitioner, a federal prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has not paid the filing fee or submitted a request to proceed in forma pauperis.

The application attacks a conviction issued by the United States District Court Northern District of Georgia, Atlanta Division. While both this court and the United States District Court in the district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in the Northern District of Georgia. Id. at 499 n.15; 28 U.S.C. § 2241(d).

////

////

////

1

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Northern District of Georgia, Atlanta Division.

DATED: October 4, 2018

*[signature: Allison Claire]*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE